UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION



FRANKLIN BRAGG,

    Plaintiff,

v.                               CIVIL ACTION NO: 2:05-0355

JOYCE VESSEY SWANSON,
in her official capacity as
Principal of Hurricane High School,
and THE BOARD OF EDUCATION
OF THE COUNTY OF PUTNAM,

    Defendants.

## MOTION FOR AWARD OF ATTORNEY FEES AND COSTS

Plaintiff, by counsel undersigned, does hereby petition this Court for an award of attorneys fees as the prevailing party in this case which was brought under 42 U.S.C. § 1983. Plaintiffs were successful before this Court in vindicating Mr. Bragg's First Amendment rights and therefore, based upon the attached Affidavits, seek an award of $8,267.67. The request includes fees of $5,587.50 for Roger D. Forman at $250.00 per hour and $2,190 for Terri S. Baur at $150.00 per hour.

This request also includes the costs as delineated in the attached Affidavit.

                                                Franklin Bragg
                                                By Counsel

_____
ACLU OF WEST VIRGINIA FOUNDATION
ROGER D. FORMAN, ESQ. (#1249)
FORMAN & HUBER, L.C.
100 Capitol Street, Suite 400
Charleston, WV 25301
(304) 346-600

_____
TERRI S. BAUR, ESQ. (#9495)
ACLU OF WEST VIRGINIA FOUNDATION
205 Capitol Street, Suite 201
P.O. Box 3952
Charleston, WV 25339-3952
(304) 345-9246

Attorneys for Plaintiff

## AFFIDAVIT OF ROGER D. FORMAN

**STATE OF WEST VIRGINIA,**

**COUNTY OF KANAWHA, to-wit;**

I, Roger D. Forman, upon verification, do hereby state that I have been a practicing lawyer since 1975. I have practiced before the State and Federal Courts and have tried numerous cases in all of the above courts. I have also appeared in a number of civil liberties cases and do believe the requested fee to be reasonable.

_____
ROGER D. FORMAN

Taken, subscribed and sworn to before me this 13th day of JUNE, 2005, by Roger D. Forman.

My Commission expires JANUARY 3, 2010.

_____
NOTARY PUBLIC



OFFICIAL SEAL
NOTARY PUBLIC
STATE OF WEST VIRGINIA
TERESA S. STONE
P. O. BOX 128
EAST BANK, WV 25067
My Commission Expires January 3, 2010

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

FRANKLIN BRAGG,

    Plaintiff,

v.                              CIVIL ACTION NO: 2:05-0355

JOYCE VESSEY SWANSON,
in her official capacity as
Principal of Hurricane High School,
and THE BOARD OF EDUCATION
OF THE COUNTY OF PUTNAM,

    Defendants.

**WORK PERFORMED BY ROGER D. FORMAN AT THE RATE OF $250.00 PER HOUR:**

| Date | Description | Hours |
|---|---|---|
| 4/27/05 | Drafted Complaint and Verifications - Meeting with client | 1.5 |
| 4/28/05 | Finalized Complaint | .5 |
| 5/2/05 | Drafted Motion for Preliminary Injunction and Memorandum in Support | 3.5 |
| 5/2/05 | Pre-hearing conference with Judge and counsel | .75 |
| 5/3/05 | Finalized and filed Memorandum | 1.0 |
| 5/4/05 | Meeting with client and witnesses to review documents and prepare testimony | 1.5 |
| 5/5/05 | Review cases - prepare for trial - phone conference with client and discussion with co-counsel | 2.0 |
| 5/6/05 | Phone conference with client and Greg Bailey - research - Reviewed defendant's brief - work on reply brief - Review cases | 4.0 |

| Date | Description | Hours |
|---|---|---|
| 5/8/05 | Prepared legal arguments - reviewed several relevant cases | 1.5 |
| 5/9/05 | Discussions with witnesses - Trial Preparation - Attendance at trial | 5.0 |
| 5/11/05 | Letter to client enclosing shirt and belt buckle | .1 |
| 6/1/05 | Reviewed Memorandum Opinion and Order of Judge Copenhaver - Discussed with client | 1.0 |

**Total Time:** 22.35

**Total Amount Due:** $5,587.50

**EXPENSES INCURRED BY FORMAN & HUBER:**

| | |
|---|---|
| U.S. District Court (filing fee) | $250.00 |
| LexisNexis (Research) | 144.77 |
| Discreet Inquiries, Inc. | 95.40 |
| **TOTAL:** | **$490.17** |

# LexisNexis®

| INVOICE NO. | INVOICE DATE |
|---|---|
| 0504148369 | 30-APR-05 |

BILLING PERIOD 01-APR-05 - 30-APR-05

*INVOICE TO:*
FORMAN & HUBER
CHARLESTON, WV 25301-2674

## ITEMIZATION OF LEXISNEXIS ONLINE CHARGES
### ACCOUNT SUMMARY BY CLIENT

| CLIENT | GROSS AMOUNT | CONTRACT USE ADJUSTMENT | NET AMOUNT | TRANSACTIONAL USE OVER THE CAP | TRANSACTIONAL USE OUTSIDE CONTRACT | TOTAL BEFORE TAX | TAX | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|
| **NO CLIENT ID SPECIFIED**** | - | - | $0.00 | - | - | $0.00 | - | $0.00 |
| BRAGG | $125.25 | $14.02 | $139.27 | - | $5.50 | $144.77 | - | $144.77 |
| GARY MASSEY | $82.50 | $9.23 | $91.73 | - | - | $91.73 | - | $91.73 |
| HUBER | - | - | $0.00 | - | - | $0.00 | - | $0.00 |
| **ACCOUNT TOTAL:** | $207.75 | $23.25 | $231.00 | $0.00 | $5.50 | $236.50 | $0.00 | $236.50 |

| ACCOUNT NUMBER |
|---|
| 116RC1 |

4

V08   23476

# DISCREET INQUIRIES, INC.

**Discreet Inquiries, Inc.**
P. O. Box 8716
So. Charleston, WV 25303
(304) 720-3199 or 543-7946
discreet.inquiries@verizon.net

**Fax: (304) 720-3199**

Due upon receipt

| | |
|---|---:|
| **Bill To** Susan Lansdale | |
| **Address** 100 Capital Street | |
| Charleston, WV 25301 | |
| **Reference** 2:05-0355 Civil Process | |
| **Phone** | |
| **E-Mail** | |
| **Deposit Received** | $0.00 |
| **Invoice Subtotal** | $90.00 |
| **Tax Rate** | 6.00% |
| **Invoice Total** | $95.40 |
| **Total Amount Due** | $95.40 |
| **Amount Paid** | |

| Date | Description | Amount |
|---|---|---:|
| 5/5/2005 | 2.0 Hours @ $45.00/each - Legal Process on Hurricane High School re: Bragg vs. Swanson<br>Mileage - No charge. | $90.00 |

*pd ck # 14311*
*5/25/05*

EI # 05-0594193

| | | |
|---|---|---:|
| | Subtotal | $90.00 |
| | Tax | $5.40 |
| | Total | $95.40 |

**Thanks for letting us serve you!**


Case 2:05-cv-00355   Document 19   Filed 06/13/05   Page 8 of 10 PageID #: 144

## AFFIDAVIT OF TERRI S. BAUR

**STATE OF WEST VIRGINIA,**

**COUNTY OF KANAWHA, to-wit;**

I, Terri S. Baur, upon verification, do hereby state that I have been a practicing lawyer since 1997. I was admitted to the State Bar of California in June 1997 and practiced there in the areas of immigration, special education, and civil rights. I have been staff attorney for the ACLU of West Virginia Foundation since February 2004. Before my admission to the West Virginia State Bar by reciprocity on September 14, 2004, I was admitted to practice under Rule 9. I believe the requested fee to be reasonable.

_____
TERRI S. BAUR

Taken, subscribed and sworn to before me this 8th. day of JUNE, 2005, by Terri S. Baur..

My Commission expires JANUARY 3, 2010.

_____
NOTARY PUBLIC

OFFICIAL SEAL
NOTARY PUBLIC
STATE OF WEST VIRGINIA
TERESA S. STONE
P. O. BOX 128
EAST BANK, WV 25067
My Commission Expires January 3, 2010

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

FRANKLIN BRAGG,

    Plaintiff,

v.                              CIVIL ACTION NO: 2:05-0355

JOYCE VESSEY SWANSON,
in her official capacity as
Principal of Hurricane High School,
and THE BOARD OF EDUCATION
OF THE COUNTY OF PUTNAM,

    Defendants.

**WORK PERFORMED BY TERRI S. BAUR AT THE RATE OF $150.00 PER HOUR:**

| Date | Description | Hours |
|---|---|---|
| 11/16/04 | Telephone call to client | .25 |
| 11/04 | Research case law | 1.75 |
| 12/04 | Research cases; draft letter to school | 3.25 |
| 1/10/05 | Finalize and send letter to school requesting dress code revision and expungement | 1.25 |
| 2/9/05 | Telephone call to client re school's response | .25 |
| 2/12/05 | Telephone reply to client re dress code incident. | .1 |
| 2/24/05 | Meeting with client to discuss case. | .5 |
| 5/2/05 | Pre-hearing conference with Judge and counsel | .75 |
| 5/4/05 | Meeting with client and witnesses to review documents and prepare testimony | 1.5 |
| 5/9/05 | Discussions with witnesses - Trial Preparation - Attendance at trial | 5.0 |
| | **Total Time:** | **14.6** |
| | **Total Amount Due:** | **$2,190** |

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

FRANKLIN BRAGG,

    Plaintiff,

v.                              CIVIL ACTION NO: 2:05-0355

JOYCE VESSEY SWANSON,
in her official capacity as
Principal of Hurricane High School,
and THE BOARD OF EDUCATION
OF THE COUNTY OF PUTNAM,

    Defendants.

## CERTIFICATE OF SERVICE

I, Roger D. Forman, as counsel for the plaintiff, do hereby certify that a true and correct copy of the foregoing MOTION FOR AWARD OF ATTORNEY FEES AND COSTS was served upon counsel of record herein by placing a true and correct copy thereof in the U.S. Mail, postage pre-paid, on the 13th day of June, 2005, to the following:

        Greg Bailey, Esquire
        Bowles, Rice, McDavid, Graff & Love
        P.O. Box 1386
        Charleston, WV 25325-1386

        _____
        ROGER D. FORMAN, ESQ.